1  Whitney C. Wilcher, Esq.
   The Wilcher Firm
2  Nevada State Bar No. 7212
   8465 West Sahara Avenue Suite 111-236
3  Las Vegas, NV 89117
   Email: wcw@nevadaada.com
4  *Attorney for Plaintiff*

5  Lynn V. Rivera, Nevada Bar No. 6797
   BURNHAM BROWN
6  200 S. Virginia Street, 8th Floor
   Reno, Nevada 89501
7  Telephone:   (775) 398-3065
   Fax:         (877) 648-5288
8  Email: lrivera@burnhambrown.com

9  Attorneys for Defendant
   STARBUCKS CORPORATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, an individual,<br><br>      Plaintiff,<br><br> vs.<br><br>Starbucks Corporation,<br><br>      Defendant. | No. 17-cv-00596<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |

Plaintiff KEVIN ZIMMERMAN ("Plaintiff") and Defendant STARBUCKS CORPORATION ("Defendant") (collectively, the "Parties"), through their counsel of record, HEREBY STIPULATE and agree that Defendant's deadline to respond to the Complaint in the instant matter is extended to **July 31, 2017**.

This action is one of seven actions currently pending in this District in which Plaintiff alleges denial of access at a Starbucks store. Those actions are: 17-cv-00976, 17-cv-00833, 17-cv-00596, 17-cv-00834, 17-cv-00312, 17-cv-01201, and 17-cv-01338.

In each of these seven actions, the Parties are represented by the same counsel, and have maintained a cooperative dialogue. In two of these actions, Defendant previously agreed to waive service of the Complaint, placing Defendant's responsive pleading deadline at July 17, 2017. The Parties then agreed to extend the responsive pleading deadline for all of the remaining cases to that same date. In the interim, Plaintiff made global settlement demands to Defendant, which include these seven actions as well as additional claims which have yet to be filed in court. The Parties' global settlement discussions are ongoing.

The Parties have now agreed to extend the responsive pleading deadline for all seven pending cases to July 31. The Parties believe this extension is appropriate under the circumstances, in order to permit the Parties to continue exploring a good faith, global resolution prior to commencing further litigation to which the Parties and the Court would be required to devote time and resources. Good cause exists for this extension, and the Parties respectfully request that it be approved by the Court.

DATED: July 7, 2017  */s/ Whitney C. Wilcher, Esq.*
Whitney C. Wilcher, Esq.
The Wilcher Firm
8465 West Sahara Avenue Suite 111-236
Las Vegas, NV 89117
702-466-1959
Email: wcw@nevadaada.com
*Attorney for Plaintiff*

| | |
|---|---|
| DATED: July 7, 2017 | BURNHAM BROWN |
| | */s/ Lynn V. Rivera*<br>Lynn V. Rivera<br>Attorneys for Defendant<br>STARBUCKS CORPORATION |

### [~~PROPOSED~~] ORDER GRANTING STIPULATION

Upon consideration of the Stipulation of Plaintiff KEVIN ZIMMERMAN ("Plaintiff") and Defendant STARBUCKS CORPORATION ("Defendant") (collectively, the "Parties"), and good cause appearing, the Court hereby orders as follows: Defendant's responsive pleading is due on or before **July 31, 2017**.

IT IS SO ORDERED:

*[signature: George Foley Jr.]*

UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2017

4839-1629-1403, v. 1